1430

**00–1154. Jones v. Ashland Chem. Co.**
Franklin App. No. 99AP–764.
MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., dissent.

**00–1160. Liechty v. Yoder Mfg., Inc.**
Cuyahoga App. No. 75654. The discretionary appeal is allowed and the cause is consolidated with 00–769, *Goodin v. Columbia Gas of Ohio, Inc.,* Athens App. No. 99CA30.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–1168. Kelm v. Kelm.**
Franklin App. No. 99AP–747.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**00–1177. State v. Hlavsa.**
Cuyahoga App. No. 76221. The discretionary appeal is allowed on Proposition of Law No. I; *sua sponte,* cause held for the decision in 00–357 and 00–415, *State v. Wells,* Montgomery App. No. 17501; briefing schedule stayed.
DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**00–1273. Wampler v. Higgins.**
Pickaway App. No. 2000CA5.
DOUGLAS, RESNICK and LUNDBERG STRATTON, JJ., dissent.